```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRIAN THOMAS,                              :
                                           :
              Plaintiff,                   :
                                           :    04 Civ. 10248 (JSR)
          -v-                              :
                                           :         ORDER
S.E.A.L. SECURITY INC., et al.,            :
                                           :
              Defendants.                  :
------------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

On August 30, 2007, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned discrimination and retaliation matter recommending that the defendants' motion for summary judgment be granted and that the complaint be dismissed with prejudice.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, grants the defendants' motion for summary judgment and dismisses the complaint with prejudice. Clerk to enter judgment.

SO ORDERED.

```
                                        _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:      New York, New York
            September 20, 2007
```